| Fill in this information to identify the case: |
|---|
| Debtor 1      Mario Enrique Castillo |
| Debtor 2 |
| United States Bankruptcy Court for the: Southern District of California |
| Case number :   16-01275-LT13 |

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment is due. See Bankruptcy Rule 3002.1.

| Name of creditor: | NewRez LLC d/b/a Shellpoint Mortgage Servicing | Court claim no. (if known): | 5 |
|---|---|---|---|
| **Last 4 digits** of any number you use to identify the debtor's account: | 0856 | **Date of payment change:** Must be at least 21 days after date of this notice | 02/01/2020 |
| | | **New total payment:** Principal, interest, and escrow, if any | $1,489.31 |

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   [ ] No

   [X] Yes. Attach a copy of the escrow account statement prepared in a form consistent with the applicable nonbankruptcy law.
   
   Describe the basis for the change. If a statement is not attached, explain why:

   Current escrow payment: $464.65      New escrow payment: $464.50

## Part : 2  Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   [X] No

   [ ] Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

   Current interest rate:                                 New interest rate:
   Current Principal and interest payment:    New principal and interest payment:

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   [X] No

   [ ] Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect).
   Reason for change:
   Current mortgage payment:                     New mortgage payment:

Official Form 410S1           Notice of Mortgage Payment Change                          page 1

| Debtor 1 | Mario Enrique Castillo | | Case number (if known) | 16-01275-LT13 |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

## Part 4: Sign Below

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box:*

[ ] I am the creditor.

[X] I am the creditor's attorney or authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

/s/ Julian Cotton
Signature

Date 12/30/2019

| Print: | Julian Cotton | Title | Authorized Agent for Creditor |
|---|---|---|---|
| Company | Padgett Law Group | | |
| Address | 6267 Old Water Oak Road, Suite 203 | | |
| | Tallahassee FL, 32312 | | |
| Contact phone | (850) 422-2520 | Email | bkcrm@padgettlawgroup.com |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to the parties on the attached Service List by electronic service and/or by First Class U.S. Mail on this the __30th__ day of December, 2019.

/S/ Julian Cotton

_____
JULIAN COTTON
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
bkcrm@padgettlawgroup.com
*Authorized Agent for Creditor*

## SERVICE LIST (CASE NO. 16-01275-LT13)

Debtor
Mario Enrique Castillo
1890 Cambery Place #2323
Chula Vista, CA 91913

Attorney
E. John Damasco
Law Office of E. John Damasco
6136 Mission Gorge Rd., #202
San Diego, CA 92120

Trustee
Thomas H. Billingslea
402 West Broadway, Suite 1350
San Diego, CA 92101

US Trustee
United States Trustee
Office of the U.S. Trustee
880 Front Street
Suite 3230
San Diego, CA 92101

**Shellpoint Mortgage Servicing**
PO Box 10826
Greenville, SC  29603 0826
For Inquiries:  (800) 365-7107

Analysis Date: December 11, 2019
Loan:

MARIO CASTILLO
ERICA TORRERO
1890 CHAMBERY PL UNIT 2
CHULA VISTA CA  91913

Property Address:
1890 CHAMBERY PL 2323
CHULA VISTA, CA  91913

## Annual Escrow Account Disclosure Statement - Account History

The following is an overview of your escrow account with Shellpoint Mortgage Servicing. It contains the history of escrow payments made on your behalf in the prior year, and a snapshot of the anticipated disbursements for the coming year. Any potential adjustments due to increases or decreases with your escrow items may affect your monthly escrow payment. If your escrow payment increases, your monthly payment will also increase. If the escrow payment decreases, your mortgage payment will decrease.

| Payment Information | Contractual | Effective Feb 01, 2020 | Prior Esc Pmt | December 01, 2019 | Escrow Balance Calculation | |
|---|---|---|---|---|---|---|
| P & I Pmt: | $1,024.81 | $1,024.81** | P & I Pmt: | $1,024.81 | Due Date: | January 01, 2020 |
| Escrow Pmt: | $464.65 | $464.50 | Escrow Pmt: | $464.65 | Escrow Balance: | $2,222.22 |
| Other Funds Pmt: | $0.00 | $0.00 | Other Funds Pmt: | $0.00 | Anticipated Pmts to Escrow: | $464.65 |
| Asst. Pmt (-): | $0.00 | $0.00 | Asst. Pmt (-): | $0.00 | Anticipated Pmts from Escrow (-): | $103.22 |
| Reserve Acct Pmt: | $0.00 | $0.00 | Resrv Acct Pmt: | $0.00 | | |
| Total Payment: | $1,489.46 | $1,489.31 | Total Payment: | $1,489.46 | Anticipated Escrow Balance: | $2,583.65 |

| Shortage/Overage Information | Effective Feb 01, 2020 |
|---|---|
| Upcoming Total Annual Bills | $5,574.00 |
| Required Cushion | $825.78 |
| Required Starting Balance | $2,064.45 |
| Escrow Shortage | $0.00 |
| Surplus | $519.20 |

**Cushion Calculation:** Because Shellpoint Mortgage Servicing does not set your tax amounts or insurance premiums, your escrow balance contains a cushion of 825.78. A cushion is an additional amount of funds held in your escrow in order to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Your lowest monthly balance should not be below 929.00 or 1/6 of the anticipated payment from the account.

** The terms of your loan may result in changes to the monthly principal and interest payments during the year.

This is a statement of actual activity in your escrow account from Jan 2019 to Jan 2020.  Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Date | Payments to Escrow Anticipated | Actual | Payments From Escrow Anticipated | Actual | Description | Escrow Balance Required | Actual |
|---|---|---|---|---|---|---|---|
| | | | | | Starting Balance | 0.00 | 1,866.52 |
| Jan 2019 | | 719.82 | | | * | 0.00 | 2,586.34 |
| Jan 2019 | | | | 51.61 | * FHA MI | 0.00 | 2,534.73 |
| Feb 2019 | | 929.30 | | | * | 0.00 | 3,464.03 |
| Feb 2019 | | | | 51.61 | * FHA MI | 0.00 | 3,412.42 |
| Mar 2019 | | 464.65 | | | * | 0.00 | 3,877.07 |
| Mar 2019 | | | | 51.61 | * FHA MI | 0.00 | 3,825.46 |
| Mar 2019 | | | | 2,478.21 | * County Tax | 0.00 | 1,347.25 |
| Apr 2019 | | 464.65 | | | * | 0.00 | 1,811.90 |
| Apr 2019 | | | | 51.61 | * FHA MI | 0.00 | 1,760.29 |
| May 2019 | | 464.65 | | | * | 0.00 | 2,224.94 |
| May 2019 | | | | 51.61 | * FHA MI | 0.00 | 2,173.33 |
| Jun 2019 | | 464.65 | | | * | 0.00 | 2,637.98 |
| Jun 2019 | | | | 51.61 | * FHA MI | 0.00 | 2,586.37 |
| Jul 2019 | | 464.65 | | | * | 0.00 | 3,051.02 |
| Jul 2019 | | | | 51.61 | * FHA MI | 0.00 | 2,999.41 |
| Aug 2019 | | 464.65 | | | * | 0.00 | 3,464.06 |
| Aug 2019 | | | | 51.61 | * FHA MI | 0.00 | 3,412.45 |
| Sep 2019 | | 464.65 | | | * | 0.00 | 3,877.10 |
| Sep 2019 | | | | 51.61 | * FHA MI | 0.00 | 3,825.49 |
| Oct 2019 | | 47.99 | | | * Int on Escrow Pmt | 0.00 | 3,873.48 |
| Oct 2019 | | 464.65 | | | * | 0.00 | 4,338.13 |
| Oct 2019 | | | | 51.61 | * FHA MI | 0.00 | 4,286.52 |
| Nov 2019 | | 464.65 | | | * | 0.00 | 4,751.17 |
| Nov 2019 | | | | 2,477.34 | * County Tax | 0.00 | 2,273.83 |
| Nov 2019 | | | | 51.61 | * PMI | 0.00 | 2,222.22 |
| | | | | | Anticipated Transactions | 0.00 | 2,222.22 |
| Dec 2019 | P | | | 51.61 | PMI | | 2,170.61 |
| Jan 2020 | | 464.65 P | | 51.61 | PMI | | 2,583.65 |
| | $0.00 | $6,343.61 | $0.00 | $5,626.48 | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount.  If you want a further explanation, please call our toll-free number.

P - The letter (P) beside an amount indicates that the payment or disbursement has not yet occurred but is estimated to occur as shown.

Shellpoint Mortgage Servicing
For Inquiries: (800) 365-7107

Analysis Date: December 11, 2019
Loan:

## Annual Escrow Account Disclosure Statement - Projections for Coming Year

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments | | Description | Escrow Balance | |
| --- | --- | --- | --- | --- | --- |
| | To Escrow | From Escrow | | Anticipated | Required |
| | | | Starting Balance | 2,583.65 | 2,064.45 |
| Feb 2020 | 464.50 | 51.61 | PMI | 2,996.54 | 2,477.34 |
| Mar 2020 | 464.50 | 51.61 | PMI | 3,409.43 | 2,890.23 |
| Apr 2020 | 464.50 | 2,477.34 | County Tax | 1,396.59 | 877.39 |
| Apr 2020 | | 51.61 | PMI | 1,344.98 | 825.78 |
| May 2020 | 464.50 | 51.61 | PMI | 1,757.87 | 1,238.67 |
| Jun 2020 | 464.50 | 51.61 | PMI | 2,170.76 | 1,651.56 |
| Jul 2020 | 464.50 | 51.61 | PMI | 2,583.65 | 2,064.45 |
| Aug 2020 | 464.50 | 51.61 | PMI | 2,996.54 | 2,477.34 |
| Sep 2020 | 464.50 | 51.61 | PMI | 3,409.43 | 2,890.23 |
| Oct 2020 | 464.50 | 51.61 | PMI | 3,822.32 | 3,303.12 |
| Nov 2020 | 464.50 | 51.61 | PMI | 4,235.21 | 3,716.01 |
| Dec 2020 | 464.50 | 2,477.34 | County Tax | 2,222.37 | 1,703.17 |
| Dec 2020 | | 51.61 | PMI | 2,170.76 | 1,651.56 |
| Jan 2021 | 464.50 | 51.61 | PMI | 2,583.65 | 2,064.45 |
| | $5,574.00 | $5,574.00 | | | |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)

Your ending balance from the last month of the account history (escrow balance anticipated) is 2,583.65. Your starting balance (escrow balance required) according to this analysis should be $2,064.45.

### New Escrow Payment Calculation

| | |
| --- | --- |
| Unadjusted Escrow Payment | $464.50 |
| Surplus Reduction: | $0.00 |
| Shortage Installment: | $0.00 |
| Rounding Adjustment Amount: | $0.00 |
| Escrow Payment: | $464.50 |

TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED, DISMISSED OR IS SUBJECT TO AN AUTOMATIC STAY OF BANKRUPTCY ORDER UNDER TITLE 11 OF THE UNITED STATES CODE, THIS NOTICE IS FOR COMPLIANCE AND INFORMATION PURPOSES ONLY AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR ANY ATTEMPT TO COLLECT ANY SUCH OBLIGATION.